## JOSEPH STOREY ET AL. V. MACHA M. BURNS.

FILED FEBRUARY 2, 1898.    No. 7821.

Proceedings in Equity: REVIEW. A review by petition in error of the proceedings during the trial in the district court of an equity cause cannot be obtained in this court if no motion for a new trial was filed in the trial court; and in a case so presented here, the record will be examined no further than to ascertain whether the pleadings state a cause of action or defense and support the judgment or decree.

ERROR from the district court of Adams county. Tried below before BEALL, J. *Affirmed.*

*Capps & Stevens,* for plaintiff in error.

*Batty, Dungan & Burton* and *M. A. Hartigan,* contra.

HARRISON, C. J.

This action was commenced by the defendant in error in the district court of Adams county December 29, 1893, to procure the foreclosure of a real estate mortgage. Issues were joined, and on June 23, 1894, as a result of a trial, the defendant in error was awarded a decree.

The cause is presented to this court by petition in error on behalf of the defendants in the district court. There was no motion for a new trial filed for plaintiffs in error in the trial court. It is the rule that to obtain a review in this court by petition in error of the proceedings during the trial of such an action as this a motion for a new trial must be made in the trial court as in a law action. (*Carlow v. Aultman,* 28 Neb. 672; *Hansen v. Kinney,* 46 Neb. 207.) In an error proceeding to this court, where it appears that no motion for a new trial was filed in the district court, no further examination will be made than to ascertain whether the pleadings state a cause of action or defense and support the judgment or decree rendered. (*Hansen v. Kinney, supra.*) The petition in the

present case states a cause of action and supports the decree. The latter must therefore be

AFFIRMED.